IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TYLER SIMARD and TRACEY SIMARD,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>Defendant. | CV 25-22-BLG-DWM<br><br>ORDER |

On February 18, 2025, Defendant USAA General Indemnity Company ("USAA") removed this matter to this Court on the basis of diversity jurisdiction. (*See* Doc. 1.) On April 24, 2025, Plaintiffs Tyler and Tracey Simard and Defendant USAA jointly moved for remand of the above-captioned case to state court. (Doc. 13.) In so moving, the parties stipulate that the Simards are not seeking damages in an amount that exceeds $75,000. (Doc. 13-1.) Since this damages amount is less than the amount in controversy required for diversity jurisdiction pursuant to 28 U.S.C. § 1332, the parties stipulate that jurisdiction no longer exists and the matter should be remanded to Montana Sixteenth Judicial District Court, Rosebud County with each party to bear their own attorney fees and costs. (*Id.*)

1

Accordingly, IT IS ORDERED that the parties' joint motion, (Doc. 13), is GRANTED. The parties' joint stipulation is APPROVED, and the above-captioned case is REMANDED to the Montana Sixteenth Judicial District Court, Rosebud County. The Clerk is directed to close the case file and transfer it to the state court.

DATED this 25th day of April, 2025.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court